UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. ........... E.D.N.Y.

★ JUL 29 2005 ★

BROOKLYN OFFICE

- - - - - - - - - - - - - - - - - - X

CHRISTOPHER DEVIRGILIO,

                          Plaintiff,     ORDER OF DISMISSAL

                                         CV 2004-1243 (JG)(MDG)

        - against -

HYATT DEVELOPMENT CORPORATION , et al.,

                          Defendant.

- - - - - - - - - - - - - - - - - - X


    The parties having advised the Court that they have reached an

agreement to settle this action and no party being an infant or

incompetent, it is hereby

    ORDERED, that this action is discontinued with prejudice and

without costs to any party, but with leave to re-open if the

settlement agreement is not consummated and application for

reinstatement is made within forty-five days of the date of this

Order.


Dated:  Brooklyn, New York
        July 25 , 2005

                              s/John Gleeson
                              _____
                              JOHN GLEESON
                              UNITED STATES DISTRICT JUDGE